# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

————————

No. 13-20689
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**
September 8, 2014

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JOSE GUADALUPE LOPEZ-ALVAREZ, also known as Jose Guadalupe
Lopez, also known as Jose Guadalupe Alvarez Lopez, also known as Jose
Guadalupe Lopez Alvarez, also known as Jose G. Lopez,

Defendant-Appellant

————————————————

Appeals from the United States District Court
for the Southern District of Texas
USDC No. 4:13-CR-477-1

————————————————

Before HIGGINBOTHAM, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Jose Guadalupe
Lopez-Alvarez has moved for leave to withdraw and has filed a brief in
accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States
v. Flores*, 632 F.3d 229 (5th Cir. 2011). Lopez-Alvarez has not filed a response.
We have reviewed counsel's brief and the relevant portions of the record

———————————————————

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

No. 13-20689

reflected therein.     We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.     Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.